## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GEORGE GUSHINIERE, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 21-00406-KD-B |
| O'REILLY AUTOPARTS, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated December 6, 2021 (Doc. 4) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's order.

**DONE** this 3rd day of January 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE