```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

| | |
|---|---|
| GEORGE GUSHINIERE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 21-00406-KD-B |
| | * |
| O'REILLY AUTOPARTS, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and to obey the Court's order.

**DONE** this 3rd day of January 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE
